Joseph F. O'BOYLE, As Owner of THE Coal Boat JOHN F. BRESNAHAN, Appellee, v. THE Steam Tugs ASHBOURNE, and THE WYOMISSING, Reading Company, Appellant, THE Steam Tug GRACE A. DALZELL, Fred B. Dalzell, Appellee.

No. 174.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1933.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellee.

Alexander, Ash & Jones, of New York City (Edward Ash, of New York City, of counsel), for Joseph F. O'Boyle.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree [58 F.(2d) 678] affirmed.

William J. O'NEILL, as Owner of THE Barge O'NEILL BROTHERS, Libelant-Appellant, v. THE Tug BREWERTON, Atlantic Inland Corporation, Claimant-Appellee, and THE Barges HARRIET A. TULLOH and SEABOARD, John H. Wimmett, Claimant-Appellee.

No. 125.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

Duncan & Mount, of New York City (H. W. Dieck, Jr., and Charles R. Millett, both of New York City, of counsel), for appellant.

Thomas A. McDonald, of New York City (Thomas A. McDonald and Franklin M. Depew, both of New York City, of counsel), for appellee Atlantic Inland Corporation.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

ORANGE CRUSH COMPANY v. CALIFORNIA CRUSHED FRUIT CORPORATION.

No. 4903.

Circuit Court of Appeals, Seventh Circuit.

Dec. 23, 1932.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered, adjudged, and decreed that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed, with costs. It is further ordered that the mandate of this court in this cause issue forthwith.